NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEITH A. ANSTINE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5053

---

Appeal from the United States Court of Federal Claims in No. 10-CV-138, Judge Nancy B. Firestone.

---

**JUDGMENT**

---

JAMES L. STANTON, of Omaha, Nebraska, for plaintiff-appellant.

STACEY K. GRIGSBY, Trail Attorney, Commercial Litigation Branch, Civil Division, United State Department of Justice, of Washington, DC, for defendant-appellee. Of counsel on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and STEVEN J. GILLINGHAM, Assistant Director. Of counsel on the brief was CAPTAIN LANOURRA L. PHILLIPS, Trial Attorney, Air Force Litigation Office, Military Personnel Division, of Joint Base Andrews, Maryland.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 8, 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk